UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SENTE BRADLEY,
Inmate No. L25550,

    Plaintiff,

v.                          Case No. 3:14cv184/MCR/EMT

UNLIMITED PATH, INC., et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 30, 2014. (Doc. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

    **DONE AND ORDERED** this 28th day of January, 2015.


                                             s/ _M. Casey Rodgers_
                                             **M. CASEY RODGERS**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**